UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff                                CR. NO. 19-30044

vs.                                        HONORABLE Unassigned

D-1,   CHRISTIAN NEWBY,

    Defendant.
_____/

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as Counsel in the case for Defendant.

    I certify that I am admitted to practice in the Court.

                                              Respectfully Submitted,

                                              **FEDERAL COMMUNITY DEFENDER**
                                              Attorneys for Defendant

                                              /s/ Penny R. Beardslee
                                              613 Abbott Street, 5th Floor
                                              Detroit, Michigan 48226
                                              313/967-5848
                                              E-mail:penny-beardslee@fd.org
                                              P44363

Date: May 3 2019